| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Hilda H Walker** | | Social Security number or ITIN | **xxx–xx–6036** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | | Date case filed for chapter 13 | **10/3/19** |
| Case number: | **19-13281-KHK** | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hilda H Walker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 924<br>Dumfries, VA 22026 | |
| 4. | **Debtor's attorney**<br>Name and address | Ashvin Pandurangi<br>AP Law Group, PLC<br>211 Park Ave.<br>Falls Church, VA 22046 | Contact phone (571) 969–6540<br>Email: ap@aplawg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314 | Contact phone  (703) 836–2226<br><br>Email: ch13alex@gmail.com |

| 6. Bankruptcy clerk's office | | For the Court: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: October 4, 2019 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 703–258–1200 | |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2019** at **01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>1725 Duke Street, Suite 520, Alexandria, VA 22314 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: January 4, 2020** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: December 12, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: March 31, 2020** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **9. Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**December 5, 2019** at **01:30 PM**,<br><br>Location: **Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |
| **14. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. | |
| **15. Manner of Payment of Fees** | Exact Change Only accepted for cash payment of fees and services. Payment may also be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 19-13281-KHK
Hilda H Walker                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: huntingto    Page 1 of 2    Date Rcvd: Oct 04, 2019
                       Form ID: 309I       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
```
db          +Hilda H Walker,    PO Box 924,    Dumfries, VA 22026-0924
tr          +Thomas P. Gorman,    300 N. Washington St. Ste. 400,    Alexandria, VA 22314-2550
15050635    +Acima Credit,    9815 Monroe Street,    4th Floor,    Sandy, UT 84070-4384
15050636    +Ad Astra Recovery,    7330 West 33rd Street North,    Suite 118,    Wichita, KS 67205-9370
15050637    +Advance Financial 24/7,    100 Oceanside Drive,    Nashville, TN 37204-2351
15050638    +Arlington Imports Finance,    2713 Willow Drive,    Vienna, VA 22181-5310
15050639    +Best Health Services,    3763 Fettler Park Drive,    Dumfries, VA 22025-1946
15050640    +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
15050644    +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15050647    +NOVEC,    PO Box 34795,    Alexandria, VA 22334-0795
15050650    +Prince William Family Medicine,    PO Box 14000,    Belfast, ME 04915-4033
15050651    +Rappahanock Electric Coop,    13252 Cedar Run Church Rd.,    Culpeper, VA 22701-8221
15050652    +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,
              Reading, PA 19601-3544
15050655    +Spotsylvania County Treasurer,    PO Box 175,    Spotsylvania, VA 22553-0175
15050657    +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: ap@aplawg.com Oct 05 2019 03:47:09    Ashvin Pandurangi,    AP Law Group, PLC,
              211 Park Ave.,    Falls Church, VA  22046
15050641    +EDI: AMINFOFP.COM Oct 05 2019 07:13:00    First PREMIER Bank,    Attn: Bankruptcy,
              Po Box 5524,    Sioux Falls, SD 57117-5524
15050642     EDI: IRS.COM Oct 05 2019 07:18:00    IRS,    P.O. Box 931200,    Kansas City, MO 64999-0000
15050643    +EDI: RESURGENT.COM Oct 05 2019 07:18:00    LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
              Po Box 10497,    Greenville, SC 29603-0497
15050643    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 04:13:18
              LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
              Greenville, SC 29603-0497
15050645    +EDI: NFCU.COM Oct 05 2019 07:18:00    Navy Federal Credit Union,    PO Box 3501,
              Merrifield, VA 22119-3501
15050646     E-mail/Text: suewoodsnic@gmail.com Oct 05 2019 03:49:31    Nemo's Investigations & Collections,
              Attn: Bankruptcy,    Po Box 30517,    Phoenix, AZ 85046-0517
15050648     E-mail/Text: info@phoenixfinancialsvcs.com Oct 05 2019 03:47:20
              Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,
              Indianapolis, IN 46236-0000
15050649     EDI: PRA.COM Oct 05 2019 07:13:00    Portfolio Recovery,    Attn: Bankruptcy,
              120 Corporate Blvd,    Norfold, VA 23502-0000
15050654     E-mail/Text: bankruptcy@snapfinance.com Oct 05 2019 03:47:19    SNAP Finance,    PO Box 26561,
              Salt Lake City, UT 84126-0000
15050653    +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Oct 05 2019 03:49:49    Sentara Healthcare,
              535 Independence Parkway,    Suite 600,    Chesapeake, VA 23320-5181
15050656    +EDI: RMSC.COM Oct 05 2019 07:18:00    Synchrony Bank/Lowes,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
15050658     E-mail/Text: bkr@taxva.com Oct 05 2019 03:49:15    Virginia Dept of Taxation,    P.O. Box 2369,
              Richmond, VA 23218-0000
                                                                                              TOTAL: 13
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0422-9           User: huntingto              Page 2 of 2                   Date Rcvd: Oct 04, 2019
                               Form ID: 309I                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Ashvin   Pandurangi     on behalf of Debtor Hilda H Walker ap@aplawg.com,
           preea@aplawg.com;pandurangiar78675@notify.bestcase.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
          Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 3
```