**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>Hilda H Walker<br><br>Debtor | Chapter 13<br><br>Case No. 19-13281-KHK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §343** – Failure to Appear at Meeting of Creditors- Debtor failed to appear for her Meeting of Creditors scheduled for November 5, 2019.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Hilda H Walker, Case #19-13281-KHK

***Attend the hearing to be held on December 5, 2019 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste.400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _November 8, 2019_____          __/s/ Thomas P. Gorman_____
        Thomas P. Gorman
        Chapter 13 Trustee
        300 N. Washington Street, #400
        Alexandria, VA 22314
        (703) 836-2226
        VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of November, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Hilda H Walker | Ashvin Pandurangi, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| PO Box 924 | AP Law Group, PLC |
| Dumfries, VA 22026 | 211 Park Ave. |
| | Falls Church, VA 22046 |

        __/s/ Thomas P. Gorman_____
        Thomas P. Gorman