| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Hilda H Walker** | Social Security number or ITIN | **xxx–xx–6036** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed in chapter **13** | **10/3/19** |
| Case number: | **19–13281–KHK** | Date case converted to chapter **7** | **12/3/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hilda H Walker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 924<br>Dumfries, VA 22026 | |
| 4. | **Debtor's attorney**<br>Name and address | Ashvin Pandurangi<br>AP Law Group, PLC<br>211 Park Ave.<br>Falls Church, VA 22046 | Contact phone (571) 969–6540<br>Email: ap@aplawg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Janet M. Meiburger<br>The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101–5726 | Contact phone 703–556–9404<br>Email:  trustee@meiburgerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 5, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 2, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>- if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 2, 2020** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 2

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 19-13281-KHK
Hilda H Walker                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: huntingto          Page 1 of 2          Date Rcvd: Dec 05, 2019
                              Form ID: 309A            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
```
db          +Hilda H Walker,    PO Box 924,    Dumfries, VA 22026-0924
aty         +Sara A. John,    M. Richard Epps, P.C.,    605 Lynnhaven Parkway,    Virginia Beach, VA 23452-7313
15116005    +Aaron's, Inc.,    PO Box 100039,    Kennesaw, GA 30156-9239
15050635    +Acima Credit,    9815 Monroe Street,    4th Floor,    Sandy, UT 84070-4384
15050636    +Ad Astra Recovery,    7330 West 33rd Street North,    Suite 118,    Wichita, KS 67205-9370
15050637    +Advance Financial 24/7,    100 Oceanside Drive,    Nashville, TN 37204-2351
15127579    +Arlington County Treasurer,    2100 Clarendon Blvd, Ste 217,    Arlington, VA 22201-5445
15050638    +Arlington Imports Finance,    2713 Willow Drive,    Vienna, VA 22181-5310
15050639    +Best Health Services,    3763 Fettler Park Drive,    Dumfries, VA 22025-1946
15050640    +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
15050644    +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15050647    +NOVEC,    PO Box 34795,    Alexandria, VA 22334-0795
15050650    +Prince William Family Medicine,    PO Box 14000,    Belfast, ME 04915-4033
15113980    +Rappahannock Electric Cooperative,    P.O. Box 7388,    Fredericksburg, VA 22404-7388
15050651    +Rappahanock Electric Coop,    13252 Cedar Run Church Rd.,    Culpeper, VA 22701-8221
15050652    +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,
              Reading, PA 19601-3544
15050655    +Spotsylvania County Treasurer,    PO Box 175,    Spotsylvania, VA 22553-0175
15107562    +Spotsylvania County Treasurer's Office,    P.O. Box 100,    Spotsylvania, VA 22553-0100
15050657    +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: ap@aplawg.com Dec 06 2019 04:08:08     Ashvin Pandurangi,    AP Law Group, PLC,
              211 Park Ave.,    Falls Church, VA  22046
tr           EDI: BJMMEIBURGER.COM Dec 06 2019 08:43:00      Janet M. Meiburger,
              The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,    McLean, VA  22101-5726
15148413    +EDI: ATLASACQU.COM Dec 06 2019 08:43:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
15108932    +EDI: CHRM.COM Dec 06 2019 08:43:00      CHRYSLER CAPITAL,    P.O. BOX 961275,
              FORT WORTH, TX 76161-0275
15050641    +EDI: AMINFOFP.COM Dec 06 2019 08:43:00      First PREMIER Bank,    Attn: Bankruptcy,
              Po Box 5524,    Sioux Falls, SD 57117-5524
15050642     EDI: IRS.COM Dec 06 2019 08:43:00      IRS,    P.O. Box 931200,    Kansas City, MO 64999-0000
15064846     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 04:23:30      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15050643    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 04:23:32
              LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
              Greenville, SC 29603-0497
15068287    +EDI: NFCU.COM Dec 06 2019 08:43:00      Navy Federal Credit Union,    PO Box 3000,
              Merrifield, VA 22119-3000
15050645    +EDI: NFCU.COM Dec 06 2019 08:43:00      Navy Federal Credit Union,    PO Box 3501,
              Merrifield, VA 22119-3501
15050646    +E-mail/Text: suewoodsnic@gmail.com Dec 06 2019 04:13:12     Nemo's Investigations & Collections,
              Attn: Bankruptcy,    Po Box 30517,    Phoenix, AZ 85046-0517
15050648     E-mail/Text: info@phoenixfinancialsvcs.com Dec 06 2019 04:08:19
              Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,
              Indianapolis, IN 46236-0000
15050649     EDI: PRA.COM Dec 06 2019 08:43:00      Portfolio Recovery,    Attn: Bankruptcy,
              120 Corporate Blvd,    Norfold, VA 23502-0000
15145379     EDI: PRA.COM Dec 06 2019 08:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
15156181     EDI: Q3G.COM Dec 06 2019 08:43:00      Quantum3 Group LLC as agent for,    ACE Cash Express INC,
              PO Box 788,    Kirkland, WA  98083-0788
15050654     E-mail/Text: bankruptcy@snapfinance.com Dec 06 2019 04:08:18     SNAP Finance,    PO Box 26561,
              Salt Lake City, UT 84126-0000
15050653    +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Dec 06 2019 04:13:34      Sentara Healthcare,
              535 Independence Parkway,    Suite 600,    Chesapeake, VA 23320-5181
15050656    +EDI: RMSC.COM Dec 06 2019 08:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
15050658     E-mail/Text: bkr@taxva.com Dec 06 2019 04:12:55     Virginia Dept of Taxation,    P.O. Box 2369,
              Richmond, VA 23218-0000
                                                                                              TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Santander Consumer USA Inc. dba Chrysler Capital
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0422-9          User: huntingto          Page 2 of 2          Date Rcvd: Dec 05, 2019
                              Form ID: 309A            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
          Ashvin  Pandurangi    on behalf of Debtor Hilda H Walker ap@aplawg.com,
           preea@aplawg.com;pandurangiar78675@notify.bestcase.com
          Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
          Sara A. John    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           sara_john@eppspc.com
                                                                                             TOTAL: 4
```